AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 21 DEC '17 10:03 USDC-ORP

| | |
|---|---|
| United States of America<br>v.<br>Michael Gordon<br><br>*Defendant(s)* | )<br>)<br>) Case No. '17-MJ-201<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 6, 2017__ in the county of __Clackamas__ in the _____ District of __Oregon__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2113(a) | On or about, December 6, 2017, in the District of Oregon, the defendant Michael Gordon, by force, violence, or intimidation, did knowingly and unlawfully attempt to take from the person or presence of another, United States currency, belonging to and in the care, custody, control, possession, and management of the Bank of America, located at 9171 SE 82nd Ave, Happy Valley, Oregon, 97086, whose deposits were then insured by the FDIC, in violation of Title 18, United States code, Section 2113(a). |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Garcia Phillip Garcia

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Phillip Garcia
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/20/2017__

_____
*Judge's signature*

City and state: __Portland, Oregon__          Honorable John V. Acosta
*Printed name and title*

DISTRICT OF OREGON, ss:    AFFIDAVIT OF Phillip Garcia

## Purpose of this Affidavit

1. This affidavit is submitted to support a criminal complaint and arrest warrant for Michael Jacob Gordon, male white, date of birth xx/xx/1980, for Attempted Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

2. The information stated herein is based on my own personal involvement in this investigation, as well as discussions I have had with other law enforcement officers involved in this investigation and information contained in written reports pertaining to this investigation. This affidavit does not contain all facts known to me regarding this investigation but, instead, contains only those facts which I believe are sufficient to establish the requisite probable cause.

## Agent Experience and Background

3. I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation (FBI) and have been so employed since March 2017. I am currently assigned to the Portland Division of the FBI where I investigate violations of federal law, specifically bank robberies, fugitives, and other violent crimes. I have been involved in the investigation of matters involving bank robberies, particularly as it relates to violations of Title 18, United States Code (U.S.C.), Section 2113(a). Prior to joining the FBI, I worked for approximately six years as a police officer with the Dallas, Texas and Grand Prairie, Texas Police Departments.

## Statement of Probable Cause

4. On December 6, 2017 at approximately 11:05 a.m., an unknown individual later identified as Michael GORDON attempted to rob the Bank of America located at 9171 SE 82nd Ave, Happy Valley, Oregon, 97086, through the use of a demand note.

5.      I reviewed the associated police reports written by Clackamas County Sheriff's Office (CCSO) Deputy Jonathan Campbell, and learned that an unknown subject, hereafter referred to as "the robber," entered the bank, provided the victim teller a demand note, and verbally told the victim teller to "read the note." The note stated, "This is a robbery, stay cool, give me all the large bills and everything will be fine, don't put any GPS or dye packs, I want to go and for everything to be ok." According to the police report, the victim teller advised he became fixated on the words, "This is a robbery" and read it over and over and eventually pressed the alarm button. The robber asked the victim teller if he pressed the alarm and the victim teller replied "I am reading the note." The robber then verbally stated, "Give me the money" and the victim teller again stated, "I am reading the note." After observing no weapons from the robber, the victim teller then stepped back and locked the money drawer. The robber attempted to take the demand note back but the victim teller held onto the note. The victim teller told the robber to run because he had called the police and would not give him any money.

6.      The robber then fled southbound on foot through the parking lot. The victim teller described the robber as a white male, in his mid-40s, with a mustache and a goatee, wearing a dark colored Columbia coat and a camouflage Chevrolet baseball cap.

7.      On December 7, 2017, a witness with the Bridges to Change mentor program reported that an individual identified as Michael GORDON reported to the Bridges to Change intake center to seek assistance with drug addiction. The witness advised that GORDON appeared to be coming down from recent drug usage. During the intake process, GORDON told the witness that his friend had told him people could pass notes to bank tellers in order to get money, and did not have to use a weapon. Later in the conversation, GORDON asked the witness, "Can police get fingerprints off a piece of paper?" The witness informed GORON

police could obtain fingerprints from paper. GORDON then stated, "Well yesterday I passed a note at a bank and the teller grabbed it from me, and I didn't get any money." The witness informed GORDON's Probation Officer, Amie Garrett that he believed GORDON may have committed a bank robbery using a demand note, and the bank would likely still have the note. Additionally, the witness advised GORDON had a black eye which he indicated he received in jail, and it would likely be visible on the bank surveillance video and images.

8. On December 19, 2017, Task Force Officer (TFO) Detective Brett Hawkinson with the Portland Police Bureau was informed that Probation Officer Amie Garrett was requesting information on a bank robbery attempt which had recently occurred. Detective Hawkinson emailed surveillance photographs of the attempted robbery at Bank of America to Probation Officer Amie Garrett with Multnomah County Justice Reinvestment Program. Officer Garrett recognized the robber in the surveillance images and identified him as MICHAEL GORDON. Officer Garrett advised that GORDON is one of numerous offenders who are required to check-in with her routinely.

9. I reviewed the bank surveillance images from the attempted bank robbery on December 6, 2017 at the Bank of America located at 9171 SE 82nd Avenue, Happy Valley, Oregon. I have also reviewed the Oregon driver's license photograph of MICHAEL GORDON. I believe the robber depicted in the surveillance images matches the Oregon license photograph of MICHAEL GORDON. Additionally, the surveillance images depict GORDON with bruising under his eyes which is consistent with what the witness observed the day after the attempted bank robbery. These images are attached and incorporated herein as "Attachment A."

## Conclusion

10.     Based on the foregoing, I have probable cause to believe MICHAEL GORDON did by force and violence, or by intimidation, did knowingly and unlawfully attempt to take from the person or presence of another, United States currency belonging to and in the care, custody, control, management, or possession of the Bank of America, whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18 United States Code, Section 2113(a).

11.     This affidavit, the accompanying application, and the requested arrest warrant were reviewed by Assistant United States Attorney John Brassell who advised me that, in his opinion, probable cause exists to apply for an arrest warrant for MICHAEL GORDON.

_____
Phillip Garcia
Special Agent
Federal Bureau of Investigation
Portland, Oregon


SUBSCRIBED and SWORN to before me this 21st of December, 2017.

_____
JOHN V. ACOSTA
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF OREGON

Attachment A



Surveillance image from the attempted bank robbery at Bank of America located at 9171 SE 82nd Ave, Happy Valley, Oregon.

Page 5 – Affidavit of Phillip Garcia



Surveillance Image taken from the attempted bank robbery at Bank of America located at 9171 SE 82nd Ave, Happy Valley, Oregon.

Page 6 – Affidavit of Phillip Garcia



Oregon License Photograph – MICHAEL GORDON

Page 7 – Affidavit of Phillip Garcia